UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

DENNIS HUYNH, et al.,

        Defendants.
_____/

CR S 03-137 FCD

STIPULATION AND ORDER TO
CONTINUE STATUS HEARING

Date: May 23, 2005
Time: 9:30 a.m.
Judge Damrell

    THE PARTIES HEREBY STIPULATE AND AGREE to continue the hearing now scheduled for May 23, 2005, to July 11, 2005, at 9:30 a.m. The parties are working toward a final disposition; however, additional investigation needs to be completed to determine facts which will be relevant to the ultimate sentence.

    The parties further stipulate and agree that pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), time is excluded from May 23 to July 11, 2005, to allow continuity of counsel and reasonable time for counsel effectively to prepare.

/s/ ANNE PINGS
ANNE PINGS
Assistant U.S. Attorney
Dated: May 19, 2005

/s/ SHARI L. GREENBERGER
SHARI L. GREENBERGER
Attorney for Defendant HUYNH
Dated: May 19, 2005

    IT IS SO ORDERED.

Dated: May 20, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, JR., Judge
United States District Court