UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>DENNIS HUYNH, et al.,<br><br>            Defendants.<br>_____/ | CR S 03-137 FCD<br><br>STIPULATION AND ORDER TO <u>CONTINUE STATUS HEARING</u><br><br>Date: July 12, 2005<br>Time: 9:30 a.m.<br>Judge Damrell |

THE PARTIES HEREBY STIPULATE AND AGREE to continue the hearing now scheduled for July 12, 2005, to July 25, 2005, at the hour of 9:30 a.m. The parties are working toward a final disposition; however, additional investigation needs to be completed to determine facts which will be relevant to the ultimate sentence.

The parties further stipulate and agree that pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), time is excluded from July 11, 2005, to July 25, 2005, to allow continuity of counsel and reasonable time for counsel effectively to prepare.

/s/ ANNE PINGS  
ANNE PINGS  
Assistant U.S. Attorney  
Dated: July 8, 2005  

/s/ SHARI L. GREENBERGER  
SHARI L. GREENBERGER  
Attorney for Defendant HUYNH  
Dated: July 8, 2005  

IT IS SO ORDERED.

Dated: July 12, 2005

/s/ Frank C. Damrell Jr.  
FRANK C. DAMRELL, JR., Judge  
United States District Court