UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                CR S 03-137 FCD

    v.                         STIPULATION AND ORDER TO
                                  <u>CONTINUE STATUS HEARING</u>

DENNIS HUYNH, et al.,

                                  Date: July 12, 2005
        Defendants.          Time: 9:30 a.m.
_____/    Judge Damrell

     THE PARTIES HEREBY STIPULATE AND AGREE to continue the hearing now scheduled for July 12, 2005, to July 25, 2005, at the hour of 9:30 a.m.  The parties are working toward a final disposition; however, additional investigation needs to be completed to determine facts which will be relevant to the ultimate sentence.

     The parties further stipulate and agree that pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), time is excluded from July 11, 2005, to July 25, 2005, to allow continuity of counsel and reasonable time for counsel effectively to prepare.

/s/ ANNE PINGS                /s/ SHARI L. GREENBERGER
ANNE PINGS                      SHARI L. GREENBERGER
Assistant U.S. Attorney      Attorney for Defendant HUYNH
Dated: July 8, 2005          Dated: July 8, 2005

     IT IS SO ORDERED.

Dated: July 12, 2005

                                    /s/ Frank C. Damrell Jr.
                                    FRANK C. DAMRELL, JR., Judge
                                    United States District Court