1

2

3

4                    UNITED STATES DISTRICT COURT

5                  EASTERN DISTRICT OF CALIFORNIA

6

7   UNITED STATES OF AMERICA,

8          Plaintiff,              CR S 03-137-01 FCD

9      v.                          STIPULATION AND ORDER TO
                                   CONTINUE SENTENCING DATE
10  DENNIS HUYNH, et al.,          "AS MODIFIED"

11         Defendants.
    _____/

12

13       THE PARTIES HEREBY STIPULATE AND AGREE to continue the

14  sentencing date now scheduled for October 3, 2005, to November

15  21, 2005, at the hour of 9:30 a.m.

16       The parties further stipulate and agree that the proposed

17  presence report will be ready for distribution to counsel by

18  October 17, 2005, that counsel for the defendant and counsel for

19  the government shall file objections no later than October 31,

20  2005, and that the final presence report will be available to

21  the Court and counsel by November 7, 2005.

22

23
    /s/ ANNE PINGS                 /s/ SHARI L. GREENBERGER
24  ANNE PINGS                     SHARI L. GREENBERGER
    Assistant U.S. Attorney        Attorney for Defendant HUYNH
25  Dated: September 1, 2005       Dated:  September 1, 2005

26  ///

27  ///

28  ///

1        IT IS SO ORDERED.

2 Dated: September 1, 2005

3                                 /s/ Frank C. Damrell Jr.

4                                 FRANK C. DAMRELL, JR., Judge
                                United States District Court

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28