UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                  CR S 03-137 FCD

    v.

                                      ORDER EXONERATING BOND

DENNIS HUYNH, et al.,

        Defendants.
_____/

    Upon request of defendant, and good cause appearing,

    IT IS HEREBY ORDERED that bail is exonerated and the Clerk of the Court is ordered to reconvey the property posted as bail herein.

Dated: 9/26/05

                                        /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS, Mag. Judge
                                        United States District Court

huynh137.ord