```
SHARI L. WHITE, SBN 180438
OMAR FIGUEROA, SBN 196650
506 Broadway
San Francisco CA 94133
415/986-5591

Attorneys for Defendant
DENNIS HUYNH
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR S.03-0137 FCD |
| v. | STIPULATION AND <u>STANDING ORDER</u> SETTING CONDITIONS FOR RELEASE OF PASSPORT |
| DENNIS HUYNH, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AND AGREE to the following:

1. This stipulation supersedes document number 197, Defendant's Ex Parte Request for Return of Passport.

2. During his term of supervised release, Mr. Huynh may not travel internationally unless granted a travel permit by his probation officer.  Prior to the issuing of such permit, the probation officer must receive the approval of this Court.

3. Upon being presented with documentation that the probation officer has issued a permit for defendant to travel internationally, the Clerk of the Court shall release the passport directly to Mr. Huynh.

1  4.       Mr. Huynh is hereby ordered to return the passport to the
2           Clerk of the Court within 5 days of returning from any
3           periods of travel for which he has been granted a permit.
4
5  /s/ ANNE PINGS                          /s/ SHARI L. WHITE
   ANNE PINGS                              SHARI L. WHITE
6  Assistant U.S. Attorney                 Attorney for Defendant HUYNH
   Dated:  June 26, 2008                   Dated: June 26, 2008
7
8
9          IT IS SO ORDERED.
10
11 Dated: July 1, 2008
12
                                           _____
13                                         FRANK C. DAMRELL, JR.
                                           United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28